UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANDY GERNHART, et al.,

       Plaintiffs,                                     Civil Action No.
                                                          09-CV-14085

vs.

                                                           PAUL D. BORMAN

WINNEBAGO INDUSTRIES,                 UNITED STATES DISTRICT JUDGE

       Defendant.
_____/

## ORDER REGARDING FEBRUARY 3, 2010, HEARING

       The Court is scheduled to hear oral argument on Plaintiffs' Motion to Remand on February 3, 2010, at 3:00 p.m. At the motion hearing, the parties should be prepared to address whether the law of the case would apply to defeat remand given that the Court has already exercised jurisdiction over this dispute in *Gernhart, et al. v. Winnebago Industries*, 03-CV-73917.

       SO ORDERED.

                                                            s/Paul D. Borman
                                                           PAUL D. BORMAN
                                                           UNITED STATES DISTRICT JUDGE

Dated: January 11, 2010

1

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 11, 2010.

                                            s/Denise Goodine
                                            Case Manager